**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Norfolk Division

**PATRICK EUGENE SHAWE, #98905-024,**

       **Petitioner,**

**v.**                                                                              **2:04CV728**

**VANESSA P. ADAMS, Warden,**

**and**

**UNITED STATES PAROLE COMMISSION, (USPC),**

       **Respondents.**

## FINAL ORDER

       This matter was initiated by petition for a writ of habeas corpus under 28 U.S.C. § 2241. The petition alleges violation of federal rights pertaining to the denial of sentence credits and other parole issues related to petitioner's convictions on February 3, 1989, in the United States District Court for the Eastern District of Maryland. Petitioner does not, in this proceeding, attack the underlying conviction.

       The matter was referred to a United States Magistrate Judge pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C) and Rule 29 of the Rules of the United States District Court for the Eastern District of Virginia for report and recommendation. The Magistrate Judge filed his report recommending dismissal of the petition on July 7, 2005. By copy of the report, each party was advised of his right to file written objections to the findings and recommendations made by the Magistrate Judge. The Court has received no objections to the report and the time for filing same has expired.

The Court does hereby accept the findings and recommendations set forth in the report of the United States Magistrate Judge filed July 7, 2005, and it is, therefore ORDERED that the petition be DENIED and DISMISSED on the basis of petitioner's failure to exhaust his administrative remedies and that judgment be entered in respondent's favor.

Petitioner may appeal from the judgment entered pursuant to this Final Order by filing a written notice of appeal with the Clerk of this court, United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510, within sixty days from the date of entry of such judgment. Petitioner has failed to demonstrate "a substantial showing of the denial of a constitutional right." Therefore, the Court, pursuant to Rule 22(b) of the Federal Rules of Appellate Procedure, declines to issue a certificate of appealability. See Miller-El v. Cockrell, 123 S.Ct. 1029, 1039 (2003).

The Clerk shall mail a copy of this Final Order to petitioner and to counsel of record for respondent.

_____
**UNITED STATES DISTRICT JUDGE**

**Norfolk, Virginia**

**_____, 2005**